## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY TARIQ BROWN,  :
                                **Plaintiff**  :

    **v.**  :  **3:18-CV-1242**
                                          :  **(JUDGE MARIANI)**

SAROJ PATEL,  :

                            **Defendant**  :

## ORDER

AND NOW, THIS _7 1/1_ DAY OF NOVEMBER, 2018, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Motions to Proceed *in forma pauperis* (Docs. 2, 5) are **GRANTED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall file an Amended Complaint within **21 days of the date of this Order**. Failure to file an Amended Complaint may result in the dismissal of this action.

4. The case is **REMANDED** to Magistrate Judge Mehalchick for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge