UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY TARIQ BROWN,

    Plaintiff,

v.

SAROJ PATEL and
PETER MOE WALLACE,

    Defendants.

CIVIL ACTION NO. 3:18-CV-1242

(JUDGE MARIANI)

## ORDER

AND NOW, THIS 5th DAY OF AUGUST 2019, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 13) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Amended Complaint (Doc. 11) is **DISMISSED WITH PREJUDICE** for the reasons identified in the R&R (Doc. 13 at 10, 12, 13-14);

3. The Clerk of Court is directed to close this case.

Robert D. Mariani
United States District Judge